DEFENDANT:       SIMON ANDREAS LANGER

YOB:             1990

ADDRESS (CITY/STATE):  Freiburg, Germany

OFFENSE(S):      Smuggling Goods from the United States (18 U.S.C. § 554)

LOCATION OF OFFENSE (COUNTY/STATE): Denver, CO

PENALTY:   NMT 10 years' imprisonment; NMT the great of a $250,000 fine or 2x the gain or loss, or both fine and imprisonment; NMT 3 years' supervised release; $100 special assessment.

AGENT:           FWS-OLE SA Steve Stoinski

AUTHORIZED BY:   Bryan David Fields
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X   five days or less      _____ over five days     _____ other

THE GOVERNMENT

   X   will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)** [*"is not" circled*]

OCDETF CASE:     _____ Yes     X     No