PS 40A (Rev 02/15) Notice Regarding Foreign Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement - DRO
Denver Field Office
12445 East Caley Avenue
Centennial, CO  80111

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

**Date:** 07/01/2019
**By** R. Sams

| | |
|---|---|
| Defendant: Simon Andreas Langer | Case Number: 19-mj-00149-SKC-1 |
| Date of Birth: 04/02/1990 | Place of Birth: Titisee-Neustadt |
| SSN: | Alien ("A") Number: |

The above-named defendant surrendered Passport Number  C94P60V1T  (Issuing Country  Europaische Union  ) to the custody of the U.S. District Court on  07/01/2019  .

### NOTICE OF DISPOSITION

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court