IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No.**   19-mj-00149-SKC

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**SIMON ANDREAS LANGER,**

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
7/3/2019
JEFFREY P. COLWELL, CLERK

## INFORMATION

16 U.S.C. §§ 1538(a)(2)(E) and (g); 1540(b)(1); 50 C.F.R. §§ 17.12, 17.61(b); 17.71

THE UNITED STATES ATTORNEY CHARGES:

At all times relevant to this Information:

**I.**   **Background: The Regulation of Trade in Threatened or Endangered Species**

1.   The Endangered Species Act ("ESA"), 16 U.S.C. § 1531, et seq., implements the provisions of the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES"), which was signed by the United States in 1973 and became effective in 1975. CITES, March 3, 27 U.S.T. 1087, 993 U.N.T.S. 243 CITES.   16 U.S.C. §1537(a).   Species listed by CITES 180 member nations are placed on one of three appendices and given a sliding scale of protection. 50 C.F.R. Part 23. Appendix I includes species threatened with extinction and is the most restrictive, banning plant trade between two countries for commercial purposes. Appendix II allows commercial trade under permit for species not yet considered in danger of imminent extinction but which must be controlled in order to avoid utilization incompatible with

1

survival. Appendix III contains species that are protected in at least one country which has asked the other CITES countries for assistance in controlling trade.

2. The ESA also makes it unlawful for any person to violate any regulation pertaining to endangered or threatened species listed by the Secretary of the Interior or Commerce. 16 U.S.C. § 1538(a)(2)(E). "Plant" is defined to include the parts and seeds of a plant. 16 U.S.C. § 1532(14).

3. Pursuant to 50 C.F.R. § 17.61 it is unlawful to (a) export any endangered plant, (b) remove or reduce to possession any endangered plant from an area under Federal jurisdiction, or (c) deliver, receive, carry, transport, or ship in interstate or foreign commerce, by any means whatsoever, and in the course of commercial activity, an endangered plant. These same prohibitions apply to threatened plants, unless a permit is first obtained. 50 C.F.R. § 17.71. Under 50 C.F.R. § 17.72, all exporters seeking a permit for a threatened plant must submit an application, Form 3-200, to the United States Fish and Wildlife Service (the "Service"), pursuant to the permitting process set forth at 50 C.F.R. § 17.72.

4. *Escobaria robbinsorum, Coryphantha robbinsorum*, and *Cochiseia robbinsorum*, colloquially known as the "Cochise Pincushion Cactus," "Robbin's Cory Cactus" or the "Cochise Foxtail Cactus," (the "Cochise Pincushion") is a CITES Appendix II species that has been listed as "threatened" under the ESA since January 9, 1986. 50 C.F.R. §17.12. Accordingly, it is subject to regulations promulgated by the Secretary of the Interior, including the prohibitions set forth at 50 C.F.R. §§ 17.61 and 17.71. On April 6, 2007, the USFWS's Ecological Services office published a Cochise Pincushion Cactus 5-Year Review which included the following paragraph:

Illegal collecting of this species was identified as a potential threat in the recovery plan and listing documents (USFWS 1986 and 1993). The desirability of this species, coupled with its limited distribution, increases the potential for significant impacts to populations if illegal collection were to occur. No evidence of illegal collection within known populations has been observed. However, collection remains a real threat to this species due to its limited numbers and distribution. Cochise pincushion cacti are available commercially on a limited basis, but if interest in this species increases or commercial availability decreases, pressure to collect plants from the wild may increase. The unique, rare nature of this species increases its desirability among collectors.

## COUNT ONE
**(Violation of the Endangered Species Act)**

5.  On or about June 24, 2019, the defendant SIMON ANDREAS LANGER, knowingly and unlawfully attempted to violate a regulation pertaining to a threatened species, that is, the regulation set forth at 50 C.F.R. § 17.71 cross-referencing provisions of §§ 17.12, 17.61, which prohibits export of the Cochise Pincushion (*Coryphantha robbinsorum*) without a permit.

All in violation of Title 16, United States Code, Sections 1538(a)(2)(E) and (g) and 1540(b)(1).

JASON R. DUNN
United States Attorney

By:  /s Bryan David Fields
BRYAN DAVID FIELDS
Assistant U.S. Attorneys
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO   80202
Telephone: (303) 454-0100
Fax:   (303) 454-0409
e-mail:   Bryan.Fields3@usdoj.gov
Attorney for the Government