| | |
|---|---|
| DEFENDANT: | SIMON ANDREAS LANGER |
| YOB: | 1990 |
| COMPLAINT FILED? | __X__ Yes  _____ No |
| | If Yes, MAGISTRATE CASE NUMBER __19-mj-149__ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _X_____ Yes   _____ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | COUNT ONE: Title 16, United States Code, §§ 1538(a)(1)(E) and (g) and 1540(b)(1)<br>On or about June 24, 2019, the defendant SIMON ANDREAS LANGER, knowingly and unlawfully attempted to violate a regulation pertaining to a threatened species, that is, the regulation set forth at 50 C.F.R. § 17.71 cross-referencing provisions of §§ 17.12, 17.61, which prohibits export of the Cochise Pincushion (*Coryphantha robbinsorum*) without a permit. |
| LOCATION OF OFFENSE: | Denver County, Colorado and elsewhere |
| PENALTY: | COUNT ONE: NMT 6 months' imprisonment, NMT $25,000 fine, or both, $10 special assessment fee. |
| AGENT: | FWS-OLE Special Agent Tamara Kurey |
| AUTHORIZED BY: | Bryan David Fields<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__X_ five days or less____ over five days         ____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

__X____ will not seek detention

The statutory presumption of detention is **not** applicable to this defendant.

OCDETF CASE:      _ Yes  _X_ No

1