IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Criminal Action No: 19-mj-00149-SKC | Date: July 9, 2019 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom C205 |
| Probation Officer: Justine Kozak | Interpreter: Angelika Bush |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
| Plaintiff, | |
| v. | |
| SIMON ANDREAS LANGER | Edward Harris |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA/SENTENCING**

**2:19 p.m.   Court in session.**

Appearances of counsel.

Defendant is present on summons.

The Plea Agreement (Court's Exhibit 1) is tendered to the Court.

Defendant is sworn.

Defendant is 29 years old, alert, competent, literate, and sober.

Defendant's right to trial by jury and other constitutional rights explained.

Government provides a factual basis for the plea.

Defendant advised of maximum penalties.

Defendant advised of the sentencing guidelines.

Defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendant enters plea of guilty to Count One (1) of the Information pursuant to the plea agreement.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

The Court finds the defendant has been fully and properly advised and understands each of his legal rights in this case, including his right to trial by jury. The defendant understands the maximum sentence of imprisonment and acknowledges the factual basis.

The Court also finds that there is a factual basis supporting the plea agreement and finds that the defendant has been represented throughout these proceedings by competent and effective counsel with whom he is satisfied.

**IT IS ORDERED** as follows:

1. That Court's Exhibit 1, which state the plea agreement, are admitted in evidence.

2. That the plea of guilty to Count One (1) of the Information entered by the defendant is received, accepted and approved.

3. That defendant is found guilty of the crime charged in Count One (1) of the Information.

Court accepts Defendant's admission.

Argument regarding sentencing.

Mr. Harris tenders Exhibit A for purposes of this hearing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on to Count One of the Information.

**ORDERED:** Defendant shall be sentenced to time served.

**ORDERED**:   Plea agreement pursuant to F.R.Cr.P. 11(c)(1)(C) is accepted.

**ORDERED**:   Defendant shall pay a fine of $3,750.00, which should be directed to the Lacey Act Reward Account pursuant to 16 U.S.C. § 1540(d) and 3375(d).

**ORDERED:**   Defendant shall pay a community service payment of $1,250.00 to the National Fish and Wildlife Foundation.

**ORDERED:**   Defendant shall pay the Clerk's Office a fee total of $5,000 and the Clerk's Office shall disburse the funds as directed in the Plea Agreement.

**ORDERED:**   The Clerk's Office shall return the Defendant's passport immediately after payment.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**3:06 p.m.**   **Court in recess:**

Hearing concluded.

Total time:   00:47

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.