PS 40A (Rev. 02/15) Notice Regarding Foreign Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

TO: Immigration and Customs Enforcement - DRO
Denver Field Office
12445 East Caley Avenue
Centennial, CO 80111

FROM: United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

Date: 07/01/2019
By R. Sams

Defendant: Simon Andreas Langer
Date of Birth: 04/02/1990
SSN:

Case Number: 19-mj-00149-SKC-1
Place of Birth: Titisee-Neustadt
Alien ("A") Number:

The above-named defendant surrendered Passport Number C94P60V1T (Issuing Country Europaische Union) to the custody of the U.S. District Court on 07/01/2019.

### NOTICE OF DISPOSITION

The above case has been disposed of, and the above order of the court is no longer in effect.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court

Passport Released to: Defendant
Signature:
Date: 07/01/19