19.mj-00149-SKC

```
DUPLICATE

Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX091060
Cashier ID: rv
Transaction Date: 07/09/2019
Payer Name: Simon Langer
-----------------------------------------
CRIMINAL DEBT
 For: Simon Langer
 Case/Party: D-COX-1-19-MJ-000149-001
 Amount:         $1,000.00
-----------------------------------------
CASH
 Amt Tendered: $1,000.00
-----------------------------------------
Total Due:       $1,000.00
Total Tendered: $1,000.00
Change Amt:      $0.00


A fee of $53.00 will be assessed on
any returned check.
```

```
DUPLICATE

Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX091061
Cashier ID: rv
Transaction Date: 07/09/2019
Payer Name: Simon Langer
-----------------------------------------
CRIMINAL DEBT
 For: Simon Langer
 Case/Party: D-COX-1-19-MJ-000149-001
 Amount:         $4,000.00
-----------------------------------------
CREDIT CARD
 Amt Tendered: $4,000.00
-----------------------------------------
Total Due:       $4,000.00
Total Tendered: $4,000.00
Change Amt:      $0.00


A fee of $53.00 will be assessed on
any returned check.
```